UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYCE BAUER,<br><br>                Plaintiff,<br><br>   v.<br><br>ANDERSON FISHERIES LLC et al.,<br><br>                Defendants. | CASE NO. 2:23-cv-00758-LK<br><br>ORDER TO SHOW CAUSE |

       This matter comes before the Court sua sponte. On August 21, 2023, the Court granted Plaintiff Bryce Bauer an additional 60 days to serve process on the in personam Defendants under Federal Rule of Civil Procedure 4. Dkt. No. 8. Specifically, the Court ordered that "[n]o later than October 20, 2023, Plaintiff must serve each of the Defendants in this case and provide proof of service to the Court." *Id.* To date, no such proof of service has been provided and Plaintiff has not otherwise timely moved for an extension of the deadline.

       Because it appears that Plaintiff has not served Defendants with a summons and a copy of his complaint in compliance with Rule 4 or the Court's August 21, 2023 Order, the Court ORDERS Plaintiff to SHOW CAUSE within 14 days why this action should not be dismissed without

ORDER TO SHOW CAUSE - 1

prejudice. If Plaintiff does not demonstrate good cause for the failure to comply with Rule 4 or the Court's Order, the Court will dismiss his claims against Defendants without prejudice.

Dated this 23rd day of October, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER TO SHOW CAUSE - 2